# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Benjamin Gatti,

    Plaintiff(s),                                  JUDGMENT IN A CIVIL CASE

vs.                                                        3:07cv20

Topless Club, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/13/07 Order.

                                              Signed: June 13, 2007

                                              Frank G. Johns, Clerk
                                              United States District Court